

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-18-00849-CV

Craig Erich **HEILMANN**,
Appellant

v.

Deanna Rae **HEILMANN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-02542
Honorable Laura Salinas, Judge Presiding

## O R D E R

By order dated March 4, 2019, we abated this appeal to the trial court for a hearing to determine if the reporter's record on file in this appeal is complete. On May 22, 2019, a supplemental clerk's record was filed containing the trial court's order stating the reporter's record is complete. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed no later than thirty days from the date of this order.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_____
Keith E. Hottle
Clerk of Court